# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Post Office Box 27504
### Raleigh, North Carolina  27611

W. Earl Britt
Senior Judge

Telephone: (919) 856-4050
Facsimile: (919) 856-4270



26 June 2006

RECEIVED 2006 JUL -3 P 3: 18 FINANCIAL DISCLOSURE OFFICE

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, NE
Washington, DC 20544

Dear Committee:

In response to your letter of June 20, 2006, the following is submitted as an Amendment to my financial disclosure report:

> Block 7.  Chambers Address: PO Box 27504, Raleigh, NC 27611
> Part III A.  Non-Investment Income:   None
>
> If the committee has further questions, please advise.

Sincerely

W. Earl Britt

| AO-10 (WP) Rev. 1/2006 | **FINANCIAL DISCLOSURE REPORT** FOR CALENDAR YEAR 2005 | Report Required by the Ethics in Government Act of 1978. (5 U.S.C. app. §§101-111) |

**1. Person Reporting** *(Last name, first, middle initial)*
BRiTT, W. EARL

**2. Court or Organization**
U.S. DiSTRiCT COURT
EASTERN DiSTRiCT - NC

**3. Date of Report**
04.29.06

**4. Title** *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*
SENiOR U.S. DiSTRiCT JUDGE

**5a. Report Type** (check appropriate type)
___ Nomination, Date _____
___ Initial ✓ Annual ___ Final

**5b.** ___ Amended Report

**6. Reporting Period**
1.1.05 TO
12.31.05

**7. Chambers or Office Address**

**8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer _____ Date _____

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☒ NONE (No reportable positions.) | |
| 1 | |
| 2 | |
| 3 | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|

**A. Filer's Non-Investment Income**

☐ NONE (No reportable non-investment income.)

| | | |
|---|---|---|
| 1 | | |
| 2 | | $ |
| 3 | | $ |
| | | $ |

**B. Spouse's Non-Investment Income** - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE (No reportable non-investment income.)

| | | |
|---|---|---|
| 1 | 2005 | SELF-EMPLOYED (HEALTH CARE CONSULTANT) |
| 2 | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1 | ☒ NONE (No such reportable reimbursements.) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1 | ☒ NONE (No such reportable gifts.) | | |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |
| | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| 1 | ☒ NONE (No reportable liabilities.) | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| W. Earl Britt | 04.29.06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt Code 1 (A-H) | (2) Type (e.g. div, rent, or int) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 JEFFREY G. LEWIS NOTE RECIEVABLE | A | INT | J | T | | | | | |
| 2 PARAGON TRADE BRANDS INC | | NONE | | | | | | | (BANKRUPT) |
| 3 SHEPHERD STREET EQUITY | | NONE | L | T | PARTIAL SELL | 10/31 | J | A | |
| 4 SCHWAB MONEY MARKET FUND | A | INT | J | T | | | | | |
| 5 VANGUARD INTER TERM BOND INDEX FUND | A | Div | K | T | Buy | 7/14 | J | | |
| 6 SHEP STREET EQUITY | | None | K | T | | | | | |
| 7 SCHWAB MONEY MARKET FUND | A | INT. | J | T | | | | | |
| 8 VANGUARD INTER TERM BOND INDEX FUND | A | Div. | J | T | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

1. Income/Gain Codes: (See Col. B1, D4) A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000
2. Value Codes: (See Col C1 D3) J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=More than $50,000,000
3. Value Method Codes: (See Col. C2) Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market  U=Book value  V=Other  W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| W. Earl Britt | 04.29.06 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

SECTION VII, ITEM 1, REFLECTS INTEREST PAYMENTS ON INSTALLMENT SALE NOTE OF 9.30.96.

SECTION VII, ITEMS (4,5,6) AND (7,8,9) ARE SHOWN SEPERATELY AS THEY ARE IN DIFFERENT ACCOUNTS.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date 04.29.06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544